**No. 56048.**—L. N. Jackson & Co., Inc. v. United States, protest 146580–K (San Francisco).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56049.**—Southwestern Drug Corporation v. United States, protest 151065–K (Galveston).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56050.**—Mrs. Tonstad v. United States, protest 159154–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56051.**—Bridgetts & Co., Inc., and Charles Hall, Inc. v. United States, protests 165170–K and 152104–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56052.**—Southwestern Sugar & Molasses Company v. United States, protest 167792–K (Philadelphia).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56053.**—The Fisher Silversmiths, Inc., et al. v. United States, protests 169527–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56054.**—Continental Distributing Company, Inc., et al. v. United States, protests 170551–K/2892, etc. (Chicago).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56055.**—L. Batlin & Son, Inc., et al. v. United States, protests 172495–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.